# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MICHAEL L. BROWN,

       Plaintiff,

v.

CARAVAN FACILITIES
MANAGEMENT LLC, et al.,

       Defendants.

Case No. 18-2225-DDC-TJJ

## MEMORANDUM AND ORDER

On May 7, 2018, defendants removed this case to this court from the District Court of Wyandotte County, Kansas, asserting that this court has subject matter jurisdiction under 28 U.S.C. § 1332. Doc. 1 at 2. But the Notice of Removal never alleges facts sufficient for the court to determine whether complete diversity of citizenship actually exists, as § 1332 requires. Specifically, defendants failed to identify the citizenship of two limited liability companies—Caravan Facilities Management LLC and General Motors LLC—properly. So, on May 30, 2018, the court ordered defendants to show cause why the court shouldn't remand this case back to the District Court of Wyandotte County for lack of subject matter jurisdiction. Doc. 11. On June 6, 2018, defendants responded. Docs. 12, 13.

In its response, General Motors LLC represents that its sole member is a citizen of Delaware and Michigan. Doc. 13 at 1. And Caravan represents in its separate response that its only two members are citizens of Michigan and Delaware. Doc. 12 at 1. So, General Motors LLC and Caravan are citizens of Delaware and Michigan. *See Siloam Springs Hotel, LLC v. Century Sur. Co.*, 781 F.3d 1233, 1234 (10th Cir. 2015) ("Like every other circuit to consider

this question, this court concludes an LLC, as an unincorporated association, takes the citizenship of all its members."). The other defendant—General Motors Company—is a citizen of Delaware and Michigan. Doc. 1 at 2. Plaintiff is a citizen of Missouri. *Id.* Because no plaintiff is a citizen of the same state as any defendant, the parties have established diversity of citizenship. The court concludes that it has subject matter jurisdiction under 28 U.S.C. § 1332, and the parties have shown good cause why the court should not remand this action.

**IT IS SO ORDERED.**

**Dated this 10th day of July, 2018 at Topeka, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**